# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00695-CV

### S. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 296447, THE HONORABLE ALAN MAYFIELD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S. S. filed her notice of appeal on December 22, 2021. The appellate record was complete on February 2, 2022, making appellant's brief due on February 22, 2022. On February 18, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Bobby Barina to file appellant's brief no later than March 4, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 25, 2022.

Before Justices Goodwin, Baker, and Triana